No. 1006. SAMUELS *v.* RAGEN, WARDEN; and
No. 1007. HARRIS *v.* RAGEN, WARDEN. March 3, 1947.

Petitions for writs of certiorari to the Supreme Court of Illinois denied.